IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KENNETH FINK**  **PLAINTIFF**
**#42527**

v. No. 3:23-cv-00249-LPR

**POINSETT COUNTY JAIL**  **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 9). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice for failure to state a plausible constitutional claim for relief, and the Clerk is instructed to close this case. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 26th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE